NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIMEL BIOPHARMA SRL**,

*Plaintiff-Appellant,*

**v.**

**M&P PATENT AG**,

*Defendant-Appellee.*

---

2013-1385

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 13-CV-0204, Judge Gerald Bruce Lee.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties' joint motion to dismiss the appeal,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All other pending motions are denied as moot.

(3) Each side shall bear its own costs.

2                    TRIMEL BIOPHARMA SRL v. M&P PATENT AG

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s26

ISSUED AS A MANDATE: September 17, 2013